UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

NICHOLAS BOLLMAN and
JUSTIN RUTH

CASE NO. 8:18 cr 537 T13 JSS

18 U.S.C. § 922(g)(1)



**INDICTMENT** SEALED

The Grand Jury charges:

### COUNT ONE

On or about November 1, 2017, in the Middle District of Florida, the

defendant,

NICHOLAS BOLLMAN,

having been previously convicted in any court of a crime punishable by

imprisonment for a term exceeding one year, including:

    1. Possession of Oxycodone, on or about August 11, 2014; and

    2. Possession of Cocaine, on or about August 11, 2014,

did knowingly possess, in and affecting interstate and foreign commerce, a

firearm, that is, a Smith & Wesson model 586 .357 magnum revolver.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about December 7, 2017, in the Middle District of Florida, the defendant,

JUSTIN RUTH,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

    1.  Possession of a Controlled Substance, on or about January 8, 2015; and

    2.  Burglary of a Building, on or about April 24, 2014,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, (i) a Hi Point model CF-380 .380 caliber pistol; and (ii) a Hi Point/Stallard/Maverick model JS-9 9mm pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about December 19, 2017, in the Middle District of Florida, the defendant,

JUSTIN RUTH,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1.  Possession of a Controlled Substance, on or about January 8, 2015; and

2.  Burglary of a Building, on or about April 24, 2014,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Beretta model 1934 .32 caliber pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1.      The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 922(g), the defendants,

NICHOLAS BOLLMAN and
JUSTIN RUTH,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.      The property to be forfeited includes, but is not limited to, the following:  (i) a Smith & Wesson model 586 .357 magnum revolver; (ii) a Hi Point model CF-380 .380 caliber pistol; (iii) a Hi Point/Stallard/Maverick model JS-9 9mm pistol; and (iv) a Beretta model 1934 .32 caliber pistol.

4.     If any of the property described above, as a result of any act or omission of the defendants:

     a.     cannot be located upon the exercise of due diligence;

     b.     has been transferred or sold to, or deposited with, a third party;

     c.     has been placed beyond the jurisdiction of the court;

     d.     has been substantially diminished in value; or

     e.     has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: Taylor G. Stout
Assistant United States Attorney

By: Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

4

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

THE UNITED STATES OF AMERICA

vs.

NICHOLAS BOLLMAN and
JUSTIN RUTH

## INDICTMENT

Violations:   18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 6th day of November 2018.

_____
Clerk

Bail $_____