# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| CASE No. 8:18-cr-537-T-17JSS | DATE: DECEMBER 17, 2018 |

HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA TAYLOR STOUT |
| -v- | |
| NICHOLAS LEE BOLLMAN | AFPD FRANK ZAREMBA |

| | |
|---|---|
| COURTROOM 12A | TIME: 4:24-4:34 (10 min.) |
| COURT RPTR: N/A | TAPE: DIGITAL |
| DEPUTY CLERK: DAWN M. SAUCIER | INTERPRETER: N/A |

**PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT/ BOND**

| | |
|---|---|
| X | Arrest Date: 12/17/2018 |
| X | Defendant provided w/copy of INDICTMENT |
| X | Court advises defendants of Rule 5 rights and charges |
| X | Financial Affidavit submitted |
| X | AFPD appointed for all purposes, including trial |
| X | Defendant waives formal reading of indictment |
| X | Defendant pleads not guilty to all counts |
| X | Defendant request to participate in Rule 16 discovery |
| X | Trial to be set upon notice by Judge Elizabeth A. Kovachevich |
| X | Status conference set for January 4, 2019, at 10:30 a.m. |
| X | Pretrial discovery order to be entered by Judge Sneed |

__X__   Detention/Bond

> Government: Agrees to conditions of release; $20,000 signature bond; curfew from 7 p.m. to 7 a.m.
>
> Defendant: No objections to conditions proposed by government.
>
> Court: Defendant to be released on $20,000 signature bond; standard conditions of release. Special conditions: Report to Pretrial Services by telephone by 4 p.m. every Wednesday; no use of illegal substances; drug testing; provide DNA specimen on request of law enforcement; curfew between 7 p.m. to 7 a.m.. Defendant warned of consequences of any violation of conditions of release.

__X__   Defendant remanded to custody of U.S. Marshal pending completion of bond paperwork.