UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-cr-537-T-17JSS
    18 U.S.C. § 922(g)(1)

NICHOLAS BOLLMAN

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about November 1, 2017, in the Middle District of Florida, the defendant,

NICHOLAS BOLLMAN,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Possession of Oxycodone, on or about August 11, 2014; and

2. Possession of Cocaine, on or about August 11, 2014,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Smith & Wesson model 586 .357 magnum revolver.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Counts One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant,

NICHOLAS BOLLMAN,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Smith & Wesson model 586 .357 magnum revolver.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

MARIA CHAPA LOPEZ
United States Attorney

By: *(signature)*
Taylor G. Stout
Assistant United States Attorney

By: *(signature)*
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes, and
Narcotics Section