UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Nicholas Bollman
8:18-cr-537-T-17JSS

| | |
|---|---|
| **Date**: August 13, 2019 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 11:03 AM–11:31 AM | Total: 28 mins. | **Deputy Clerk**: Clara Thompson |
| **Government Counsel** | **Defense Counsel** |
| Taylor Stout, AUSA | Nicole Hardin, AFPD |
| **Change of Plea Hearing** ||

Notice of Essential Elements filed.

Defendant sworn.

Superseding Information and waiver of indictment to be electronically filed by AUSA immediately following court proceeding.

Waiver of Indictment accepted in open court.

Court advises Defendant of rights and reviews Notice of Essential Elements with Defendant.

Court finds Defendant competent to enter a plea of guilty.

Factual basis, as recited by the Government in court, is established.

Plea of guilty entered by Defendant as to Count One of the Superseding Information.

Court will issue a report and recommendation to the District Judge.

Adjudication of guilt deferred.

Referred to probation for presentence investigation.

Sentencing schedule to be determined.

Bond continued.