UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                              Case No.: 8:18-cr-537-T-17JSS

NICHOLAS BOLLMAN
_____/

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Defendant, by consent, has appeared before this Court pursuant to Federal Rule of Criminal Procedure 11 and Middle District of Florida Local Rule 6.01(c)(12) and has entered a plea of guilty to Count one of the Superseding Information. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowingly and voluntarily entered and that the offense charged is supported by an independent basis in fact as to each of the essential elements of such offense. This Court, therefore, recommends that plea of guilty be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly.

**DONE** and **ORDERED** in Tampa, Florida, on August 13, 2019.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.