# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                         **Case No.: 8:18-cr-537-T-17JSS**

**NICHOLAS LEE BOLLMAN**

_____ /

## DEFENDANT'S UNOPPOSED MOTION
## TO MODIFY PRETRIAL RELEASE

**COMES NOW**, the Defendant, Nicholas Bollman, by and through his undersigned counsel, Nicole Valdes Hardin, and moves this Court to Modify Conditions of Pretrial Release to change the curfew to 6:00 a.m.  In support of this motion, the following is offered:

1.      On December 17, 2018, Mr. Bollman was arrested and appeared before this Court on an indictment that was filed on November 6, 2018, for possessing a firearm after being convicted of a felony offense in violation of 18 U.S.C. §§ 922(g). (Doc. 1).  Mr. Bollman was granted pretrial release on December 17, 2018.

2.      Mr. Bollman requests permission to change his curfew to 6:00 a.m. His curfew is currently set at 7:00 a.m. He is employed in a job that needs him to arrive to work earlier than before. He will be able to accommodate his workplace if his curfew is changed to 6:00 a.m.

3.      Undersigned counsel has consulted with Assistant United States Attorney, Taylor Stout, who has no objection to the instant motion.

**WHEREFORE**, Mr. Bollman prays this Court will grant the relief requested herein.

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

*/s Nicole Valdes Hardin*
Nicole Valdes Hardin
Assistant Federal Defender
FL Bar No. 026194
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Tel.:   (813) 228-2715
Fax:   (813) 228-2562
Email: Nicole_Hardin@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of September 2019, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

Taylor Stout, AUSA

*/s Nicole Valdes Hardin*
Nicole Valdes Hardin
Assistant Federal Defender

2