# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No.: 8:18-cr-537-T-17JSS

NICHOLAS BOLLMAN

_____

### ACCEPTANCE OF PLEA OF GUILTY
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One of the Superseding Information is now accepted and the Defendant is Adjudged Guilty of such offense. A sentencing hearing will be scheduled on **November 15, 2019, at 2:00 PM** before United States District Judge Elizabeth A. Kovachevich, Sam M. Gibbons United States Courthouse, Courtroom 14A, Fourteenth Floor, 801 North Florida Avenue, Tampa, Florida 33602.

IT IS SO ORDERED.

**DONE AND ORDERED** in Tampa, Florida this 9th day of September, 2019.


_____
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE


Copies furnished to:   All Parties and Counsel of Record
Agencies:   USPTS; USMS; USPO

**NOTE:**        Defense counsel **must** review the PSI Report with their client prior to sentencing.   Counsel/USPO to promptly notify Courtroom Deputy Clerk Sonya Cohn (813-301-5737) if an evidentiary sentencing is requested and/or if the sentencing proceeding will exceed thirty minutes.   **Any** <u>request</u> **for a** <u>continuance</u> **must** <u>be</u> <u>filed</u> <u>fourteen</u> <u>days</u> <u>prior</u> <u>to the sentencing date.</u>