

PS 10
(8/88)

# United States District Court
## for the
### Middle District Of Florida

U.S.A. vs Nicholas Bollman         Docket No. 113A 8:18CR00537

TO: [1]Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. ||||
| NAME OF DEFENDANT<br>Nicholas Bollman | SEX<br>Male | RACE<br>White | AGE<br>25 |
| ADDRESS(STREET, CITY, STATE)<br>5870 64th Terrace North<br>Pinellas Park, FL  33781 ||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>Middle District of Florida, Tampa, FL ||||
| CLERK<br>Clerk, U.S. District Court | (BY) DEPUTY CLERK<br>Alejandro Castillo || DATE<br>NOV 20 2019 |
| RETURN ||||
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>11-20-19 || DATE EXECUTED<br>11-20-19 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>Pinellas Co. Jail ||||
| NAME<br>Matt Wilkins | (BY) || DATE<br>11/20/19 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <dist name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."