**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** | 8:18-cr-537-T-17JSS | | **DATE:** | November 27, 2019 |
|---|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS BOLLMAN | | | **LANGUAGE:** | |
| | | | **GOVERNMENT COUNSEL**<br>Charlie Connally for Taylor Stout, AUSA | |
| | | | **DEFENSE COUNSEL**<br>Tamara Theiss for Nicole Hardin, AFPD | |
| **COURT REPORTER:** | DIGITAL | | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** | 2:51 p.m. – 3:02 p.m. | **TOTAL: 11 min.** | **COURTROOM:** | 12B |

**PROCEEDINGS:   BOND REVOCATION HEARING**

[X]   Deft provided w/copy of Petition.
[X]   ARREST DATE:   11/20/19 (state court)
[X]   Court summarized charges.
[X]   Proceedings conducted pursuant to 18 U.S.C. 3148.
[X]   Defendant admits - Revocation hearing WAIVED.
[X]   Gov't requests detention.
[X]   Defendant requests release from custody so he can get his affairs in order before he starts his sentence.
[X]   The Court finds the defendant violated conditions of pretrial release.
[X]   The Court orders defendant DETAINED – counsel may revisit should circumstances warrant.