UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:18-cr-537-T-17JSS

NICHOLAS BOLLMAN
_____/

**O R D E R**

Before the Court is a Petition for Action on Conditions of Pretrial Release, which alleges that, while awaiting execution of his sentence, the Defendant violated a condition of his release that he not commit a federal, state, or local crime. The Court conducted a hearing on the matter, at which the Defendant admitted the violation. In light of this admission and for the reasons set forth on the record, the Court directs that the Defendant's conditions of release be revoked and he be detained. *See* 18 U.S.C. §§ 3143(a)(1), 3148. Counsel may revisit the matter of the Defendant's release by subsequent motion should the circumstances warrant such relief.

Accordingly, the Defendant is hereby committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of

the United States or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE and ORDERED in Tampa, Florida, this 2nd day of December 2019.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of Record
Pretrial Services
U.S. Marshal